UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____    _____

Michael Lee Doane,

Plaintiff,[1]

9:25-CV-516
(DNH/MJK)

v.

King *et. al.*,

Defendants.
_____

Michael Lee Doane, *pro se*
Alexandra L. Galus, Esq., Assistant Attorney General for Defendants

To the Honorable David N. Hurd, Senior District Court Judge:

## REPORT-RECOMMENDATION

Doane, appearing *pro se*, commenced this action on April 28, 2025

by filing a Complaint. (Dkt. 1). On July 15, 2025, Doane filed an

Amended Complaint. (Dkt. 11). Issue was joined on October 22, 2025 by

the filing of an Answer. (Dkt. 19). On December 11, 2025, Defendant

filed a Suggestion of Death under Fed. R. Civ. P. 25(a) advising that

Doane died on or about October 30, 2025. (Dkt. 22).[2] On December 11,

2025, Defendant filed a letter motion requesting a stay of all deadlines

_____

[1] Doane died on October 30, 2025. (Dkt. 22).

[2] Defendant filed a Declaration of Service demonstrating due and proper service of
the Suggestion of Death on December 11, 2025.

in this matter. (Dkt. 23). On December 17, 2025, the Court issued a text order granting the December 11, 2025 letter motion staying all discovery deadlines and directing Doane's "successor or representative" to file a motion for substitution within 90 days of service of the Suggestion of Death. (Dkt. 24). No motion to substitute has been filed, as directed.

An action must be prosecuted in the name of the real party in interest. *See* Fed. R. Civ. P. 17. As Doane was the real party in interest and has died, the action may only continue through an estate representative, i.e., an executor or an administrator. *See* Fed. R. Civ. P. 17. Doane's family had from December 11, 2025 to March 11, 2026 to secure an estate representative or administrator. However, Doane's family failed to do so. The Court therefore recommends that the action be dismissed without prejudice.

**WHEREFORE**, based on the findings above, it is hereby

**RECOMMENDED**, that the Amended Complaint (Dkt. 11) be **DISMISSED WITHOUT PREJUDICE.**

Dated: April 7, 2026.

_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge